UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    H&H METALS CORP.,
                            Plaintiff,

   -against-                                         23 Civ. 10640 (LGS)

    ERNESTO BERNADET, et al.,                    ORDER
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order dated December 11, 2023, scheduled an initial pretrial conference for February 7, 2024.

      WHEREAS, Plaintiff filed affidavits of service as to Defendants Ernesto Bernadet and AMA Resources Inc. attesting to service via Federal Express.

      WHEREAS, Plaintiff has not filed an affidavit of service as to Defendant Electroquimica Del Nauquen, S.A.

      WHEREAS, on January 31, 2024, Plaintiff filed a letter stating that it intends to move for default judgment against Defendant AMA Resources Inc. and, once his deadline to answer passes, against Defendant Ernesto Bernadet.  Plaintiff also stated that it is taking steps to serve Defendant Electroquimica Del Nauquen, S.A. in Argentina.  It is hereby

      **ORDERED** that Plaintiff shall file a letter by **February 7, 2024,** addressing (1) whether service on Defendants Ernesto Bernadet and AMA Resources Inc. complied with Federal Rule of Civil Procedure 4, and (2) the steps Plaintiff has taken to serve Defendant Electroquimica Del Nauquen, S.A. in Argentina.  It is further

**ORDERED** that the initial pretrial conference scheduled for February 7, 2024, is **ADJOURNED** to **February 21, 2024, at 4:10 P.M.**  Plaintiff shall refile preconference materials that are prepared jointly with Defendants by **February 14, 2024.**  If Defendants have not appeared by **February 14, 2024,** Plaintiff shall file a letter requesting further adjournment of the initial pretrial conference.

Dated: February 2, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**