UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                  :

H&H METALS CORP.,                          :

                    Plaintiff,    :               23 Civ. 10640 (LGS)

                                          :

-against-                            :

                                          :                  ORDER

ERNESTO BERNADET, et al.,         :

                  Defendants.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated April 30, 2024, directed Plaintiff to file status letters every

30 dates from the date of that Order advising of any updates regarding service on Defendants.

WHEREAS, an Order dated May 9, 2024, deemed service on Defendant AMA

Resources, Inc. complete and directed AMA Resources, Inc. to answer or otherwise respond to

the Complaint by May 23, 2024.

WHEREAS, an Order dated May 9, 2024, extended the time for service upon Defendants

Ernesto Bernadet and Electroquimica del Neuquen, S.A. to August 7, 2024.

WHEREAS, Plaintiff has not timely filed the status letter required by the April 30, 2024,

Order.

WHEREAS, Defendant AMA Resources, Inc. has not appeared in this action or timely

responded to the Complaint.  It is hereby

**ORDERED** that Plaintiff shall file a status letter by **June 7, 2024**, advising of any

updates regarding service on Defendants and stating whether Plaintiff intends to seek default

judgment against Defendant AMA Resources, Inc.  If Plaintiff intends to seek default judgment,

the status letter shall also propose a date to present an Order to Show Cause for default judgment

as to Defendant AMA Resources, Inc. and related papers as provided in the Court's Individual

Rules.

Dated:  June 5, 2024
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE