```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
  H&H METALS CORP.,                                          :
                                                             :
                              Plaintiff,                     :   23 Civ. 10640 (LGS)
                                                             :
                 -against-                                   :         ORDER
                                                             :
  BERNADET, et al.,                                          :
                                                             :
                              Defendants.                    :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, in a status letter dated June 3, 2025, Plaintiff stated that "[d]ue to the difficulty in effectuating service in accordance with the Hague Convention, H&H Metals Corp. intends to withdraw its claim against defendant Electroquimica del Neuquen, S.A. in this federal action and will pursue separate legal remedies in Argentina regarding that defendant."  Plaintiff also stated that it will move for default judgment as to the remaining Defendants, Ernesto Bernadet and AMA Resources, Inc. and "will file the appropriate motions and support documentation with the Court shortly."

WHEREAS, on June 11, 2025, the Clerk of Court issued a certificate of default as to Defendant Bernadet.

WHEREAS, Plaintiff has not filed its default judgment papers as to Defendant Bernadet and AMA Resources, Inc.  It is hereby

**ORDERED** that, by **September 4, 2025**, Plaintiff shall dismiss its claim against Defendant Electroquimica del Neuquen, S.A.  It is further

**ORDERED** that, by **September 30, 2025**, Plaintiff shall file its default judgment motion

and supporting documentation as to Defendant Bernadet and AMA Resources, Inc. in accordance with the Court's Local Rules.

Dated: August 27, 2025
      New York, New York

                                      LORNA G. SCHOFIELD
                                  UNITED STATES DISTRICT JUDGE