UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H&H METALS CORP.,

       Plaintiff,  :  23 Civ. 10640 (LGS)

  -against-     :  ORDER

BERNADET, et al.,

       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

 WHEREAS, in a status letter dated June 3, 2025, Plaintiff stated that "[d]ue to the difficulty in effectuating service in accordance with the Hague Convention, H&H Metals Corp. intends to withdraw its claim against defendant Electroquimica del Neuquen, S.A. in this federal action and will pursue separate legal remedies in Argentina regarding that defendant";

 WHEREAS, in an Order dated August 27, 2025, Plaintiff was directed to dismiss its claim against Defendant Electroquimico del Neuquen, S.A. by September 4, 2025;

 WHEREAS, Plaintiff failed to do so, nor did Plaintiff request an extension of its deadline to do so. It is hereby

 **ORDERED** that, by **September 9, 2025**, Plaintiff shall dismiss its claim against Defendant Electroquimica del Neuquen, S.A.

Dated: September 5, 2025
   New York, New York

                LORNA G. SCHOFIELD
                UNITED STATES DISTRICT JUDGE