UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
H&H METALS CORP.,

                         Plaintiff,

           -against-

ERNESTO BERNADET et al.,

                        Defendants.
------------------------------------------------------------X

23 Civ. 10640 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a show cause hearing relating to a proposed default judgment as to Defendants Ernesto Bernadet and AMA Resources Inc. is currently scheduled for November 4, 2025.

WHEREAS, a courtesy copy of a filing from individual defendant Bernadet, appearing pro se, was received by email on October 29, 2025.  Defendant Bernadet's filing includes, among other things, a request for a 90-day continuance of the show cause hearing in order for Defendants to secure counsel, a motion to compel arbitration, and a motion to stay proceedings.  It is hereby

**ORDERED** that the show cause hearing scheduled for November 4, 2025 is **ADJOURNED** to **January 13, 2026 at 3:15 P.M.**  The hearing will be conducted in person at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106.  If lead counsel for either party is located outside of New York City or would experience a hardship from an in-person appearance and would prefer to appear remotely, counsel should notify the Court as soon as practicable by filing a letter on the docket so that arrangements can be made.  It is further

**ORDERED** that counsel for Defendants shall appear by **January 6, 2026**.  It is further

**ORDERED** that the portions of Defendant Bernadet's motion seeking to compel arbitration and stay proceedings are **DENIED** without prejudice to renewal. When Defendants' counsel appears, counsel shall indicate whether Defendants intend to renew these motions.

The Clerk of Court is respectfully directed to mail a copy of this Order to pro se Defendant at 1735 NE 12th Street, Fort Lauderdale, FL 33304, and Defendant AMA Resources Inc. at 6619 South Dixie Highway, #176, Miami, Florida 33143.

Dated: October 30, 2025
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE