UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                      :

H&H METALS CORP.,                        :

                                                                       :     23 Civ. 10640 (LGS)
                                  Plaintiff,    :
                                                                        :             <u>ORDER</u>

                  -against-                    :

ERNESTO BERNADET et al.,         :

                                  Defendants.  :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, Defendants Ernesto Bernadet, appearing pro se, filed documents opposing Plaintiff's pending motion for default judgment, among other things.

     WHEREAS, Defendant Bernadet's exhibits contain material that may be required to be sealed under Fed. R. Civ. P. 5.2.  It is hereby

     **ORDERED** that Dkt. 112-1 is placed under seal.  Defendant's counsel shall file a redacted version of the document as soon as possible, and no later than five business days after appearing in this action.

     The Clerk of Court is respectfully directed to place Dkt. 112-1 under seal.  For clarity, Dkts. 112 and 112-2 shall remain publicly accessible.

Dated:  October 31, 2025
          New York, New York

                                               LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE