UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
H&H METAL CORP.,                                      :

                                                      :     <u>ORDER</u>
                      Plaintiff,                            23 Civ. 10640 (LGS) (GWG)
                                                      :

        -against-
                                                      :


ERNESTO BERNADET et al.,                              :

                      Defendants.                     :
---------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

        In connection with the pending inquest, the Court has reviewed the submissions of plaintiff's counsel in support of plaintiff's request for attorneys' fees and costs.  <u>See</u> Declaration of Scott M. Salant, filed Mar. 10, 2026 (Docket # 124) ("Salant Decl."); Billing Statements, annexed as Ex. 1 to Salant Decl. (Docket # 124-1).

        To assess the reasonableness of the fees and costs requested, the Court needs to understand: (a) the total number of hours each of plaintiff's various attorneys spent on (1) the above-captioned action separately from (2) <u>H&H Metals Corp. v. Bernadet</u>, No. 21 Civ. 01323 (S.D.N.Y. Feb. 15, 2021); and (b) the rates these attorneys charged, including any changes to the rates they charged over time.  The submissions of plaintiff's counsel, consisting chiefly of monthly billing statements, do not break out this information.

        Accordingly, plaintiff's counsel shall file a sworn statement indicating this information in a chart with the following format:

| Attorney Name | Matter | Hours Sought | Rate Sought | Total Amount Sought for Atty. (Hours X Rate) |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

        If an attorney's hourly rate changed over time, the chart shall contain a row that lists the attorney's name each time there was a rate change.  The "Attorney Name" entry shall indicate both the attorney's name and the time period at issue.

        The final line of the chart shall provide a total of the "Hours Sought" column and the "Total Amount sought for Atty." column.

2

Plaintiff shall file the sworn statement by May 1, 2026.

SO ORDERED.

Dated: April 24, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge