UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| H&H METAL CORP., Plaintiff, -against- ERNESTO BERNADET et al., Defendants. | : | 23 Civ. 10640 (LGS) ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff H&H Metal Corp. ("H&H") commenced this action against Ernesto Bernadet ("Bernadet") and AMA Resources, Inc. ("AMA") for breach of contract and fraudulent misrepresentation.

WHEREAS, Bernadet and AMA failed to appear in the action. On February 17, 2026, default judgment was entered against Bernadet and AMA, and the matter was referred to Magistrate Judge Gorenstein for a damages inquest.

WHEREAS, on June 1, 2026, Judge Gorenstein issued a Report and Recommendation (the "Report") recommending that judgment be entered awarding H&H a total of $1,050,813.91, as well as pre-judgment and post-judgment interest.

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report.

WHEREAS, no objections were timely filed.

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "When there is no timely objection by either party, the district court may accept the report and recommendation if there is no clear error on the face of the record." *Rossen v. St David's Sch.*, No. 25 Civ. 4042, 2026 WL 2731660, at *2

(S.D.N.Y. Sep. 16, 2026) (internal quotation marks omitted).

WHEREAS, the Court finds no clear error on the face of the record as to Judge Gorenstein's recommendations. It is hereby

**ORDERED and ADJUDGED** that the Report is ADOPTED in full, for the reasons stated in the Report.

Dated: October 2, 2026
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**