**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

H&H METAL CORP,

Plaintiff,

-against-

ERNESTO BERNADET et al.,

Defendants.

-----------------------------------------------------------------X

23 **CIVIL** 10640 (LGS)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Report & Recommendation dated June 1, 2026, and the Court's Order dated October 2, 2026, the Court adopts the Report & Recommendation in its entirety. Plaintiff is awarded a judgment against AMA Resources, Inc. in the amount of $1,050,813.91 plus prejudgment interest calculated at a rate of $351.02 per day from January 2, 2021, until the date final judgment is entered amounting to 2105 days for a total interest amount of $738,897.10. Plaintiff is also entitled to post-judgment interest pursuant to 28 U.S.C. § 1961(a).

**Dated:** New York, New York
October 7, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**